IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

EDGAR ALBERTO RAMIREZ (1)
JAVIER ROSALES (2)

Criminal Complaint
No. 4:09-MJ-293

    I, the undersigned Complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

    On or about October 14, 2009, and continuing thereafter until October 21, 2009, in the Fort Worth Division of the Northern District of Texas, the defendants, Edgar RAMIREZ, along with Javier ROSALES, and others known and unknown to complainant, did knowingly and intentionally combine, conspire, confederate and agree to engage in conduct in violation of Title 21, United States Code, Sections 841 (a)(1) and (b)(1)(A) namely to possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of Title 21, United States Code, Section 846.

    I further state that I am a Task Force Officer for the Drug Enforcement Administration (DEA) and that this affidavit is based on my experience and my personal knowledge of the below described case, as well as interviews with and information received from Special Agents and other Task Force Officers assigned to the DEA Airport Task Force. I do depose and swear that:

    The DEA & ATF have been conducting a joint investigating into the smuggling of guns from the United States into Mexico and the distribution of "ICE" methamphetamine in the Dallas / Fort Worth, Texas area. During this investigation, leads were developed that led investigators to believe that Javier ROSALES and Edgar RAMIREZ were attempting to conduct a two (2) pound "ICE" methamphetamine deal.

    On October 21, 2009, at approximately 0630 hours, a Federal search/arrest warrant was executed at 10084 Chapel Oak, Fort Worth, Tarrant County, Texas, the known residence of Javier ROSALES. The arrest warrant was for Javier ROSALES for Conspiracy to Smuggle Goods from the United States. After ROSALES was taken into custody he was read his Miranda warning and agreed to talk to agents. ROSALES was informed that his cellular phone had been monitored by federal agents for the past month. ROSALES was informed that agents were aware that he had attempted to set up a two (2) pound drug deal the day before. ROSALES was asked where the two (2) pounds of drugs were currently located and ROSALES immediately replied that the drugs were not located at his residence and that they had never been at his residence. ROSALES stated that he did make some

calls and attempted to make the deal happen, but was unsuccessful. ROSALES was then asked where the drugs were actually located at which time ROSALES requested an attorney.

On October 21, 2009, at approximately 0700 hours, TFO Morton, SA Gallo and ATF TFO Martinez conducted a consent to search at 4213 Lisbon Street, Fort Worth, Tarrant County, Texas. TFO Morton knocked on the door of the residence which was answered by Edgar RAMIREZ. Officers identified themselves and asked to come inside to speak with RAMIREZ. RAMIREZ agreed and invited officers inside. Once inside, TFO Morton and SA Gallo spoke with RAMIREZ regarding his association with Javier ROSALES. TFO Morton informed RAMIREZ that ROSALES had been arrested that same morning at his residence. RAMIREZ was informed that officers believed he (RAMIREZ) was in possession of drugs that he had received from ROSALES. TFO Morton asked RAMIREZ if he was in fact in possession of drugs that he had received from ROSALES. RAMIREZ shook his head yes. TFO Morton asked RAMIREZ where the drugs were located and RAMIREZ pointed toward the front of the residence and stated "In the front room." TFO Morton asked RAMIREZ if he would show officers where the drugs were and RAMIREZ agreed. RAMIREZ led officers to the northwest bedroom of the residence and pointed to the lower right drawer of a dresser. TFO Morton asked RAMIREZ whose bedroom they were in and RAMIREZ stated it was his. TFO Morton asked RAMIREZ if it was ok to look in the drawer and RAMIREZ stated yes. TFO Morton pulled the drawer open to look inside and RAMIREZ stated the drawer needed to be removed. TFO Morton removed the bottom drawer and observed six (6) plastic baggies each containing a crystal like substance believed to be "ICE" methamphetamine. The substance did field test positive for methamphetamine with an approximate weight of 2 kilograms.

At that point SA Gallo read RAMIREZ his Miranda Warning and RAMIREZ waived his rights and agreed to talk with officers. RAMIREZ stated that he was contacted approximately 2 months earlier by Javier ROSALES regarding kilogram quantities of "ICE" methamphetamine. ROSALES wanted to RAMIREZ to find buyers for kilogram quantities. RAMIREZ and ROSALES did not talk about the ICE again until approximately 2 weeks ago. ROSALES called RAMIREZ and told him he had received the ICE and asked RAMIREZ to meet him in Fort Worth off of Loop 820 and Las Vegas Trail. RAMIREZ and ROSALES met and ROSALES provide RAMIREZ with two (2) kilograms of ICE methamphetamine. ROSALES stated that he was expecting to be paid $80,000.00 for the two kilograms. RAMIREZ stated they did not talk again until a couple of days ago when ROSALES called RAMIREZ and asked if he had sold them. RAMIREZ stated that he had not sold them yet and the conversation was ended. RAMIREZ stated there was no further contact.

    Your affiant has not listed all facts regarding this case, only listed those facts he believes establish sufficient probable cause for arrest for the crime listed above. Based on these facts, evidence, and affiant's experience and knowledge of the above described investigation, your affiant believes probable cause exists to arrest Edgar Alberto RAMIREZ and Javier ROSALES for violations of Title 21, United States Code, Sections 841 (a)(1) and (b)(1)(A) and 21 USC, Section 846.

Donnie W. Morton, Task Force Officer
Drug Enforcement Administration

SWORN AND SUBSCRIBED TO before me, this 21st day of October, 2009.

GEORGE GALLAGHER, JUDGE
396TH District Court
Tarrant County, Texas