

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

FEB 11 2010

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | NO. 4:09-CR-160-A |
| JAVIER ROSALES (3) | § § | |

PRELIMINARY ORDER OF FORFEITURE

WHEREAS, in the Indictment returned on November 17, 2009, in this case, the

United States of America ("the Government") gave notice that it would seek forfeiture of

property from defendant Javier Rosales ("the defendant") based upon his conviction on

Count Eight and pursuant to 21 U.S.C. § 853(a);

WHEREAS, the defendant pleaded guilty to Count Eight of the Indictment;

WHEREAS, the defendant agreed in his Plea Agreement to forfeit his interest, if

any, in the following property ("the property"):

b.    2008 Dodge Ram, VIN 3D6WC66A08G148431 and bearing Oklahoma
      license plate 180BXC;

c.    2003 Ford F550, VIN 1FDAF56P53EC75452 and bearing Oklahoma
      license plate 073BAZ;

d.    2007 Chevrolet box truck, VIN 1GBHG31U871160895;

e.    2007 Chevrolet box truck, VIN 1GBHG31V071181295;

f.    Six Colt, Law Enforcement Carbine 5.56mm rifles, model LE6920, serial
      numbers LE074662, LE073524, LE074412, LE073210, LE068877, and

LE073371;

g.    One Colt, Model 02091, "El Jefe," .38 caliber, SN 38SS04015;

h.    One hundred rounds of Lake City .50 caliber ammunition; and

i.    Eight PTR-91, Model KMF4, .308 carbines, seized from the home of Gustavo Pulido on or about July 14, 2009.

And WHEREAS, as a result of defendant's guilty plea and his Plea Agreement and Factual Resume, the Court has determined that the Government has established the requisite nexus between the property and the offense in Count One and that the property is subject to forfeiture to the United States pursuant to 21 U.S.C. § 853(a);

IT IS HEREBY ORDERED that the defendant's interest in the following property is condemned and forfeited to the Government subject to the provisions of 21 U.S.C. § 853(n):

b.    2008 Dodge Ram, VIN 3D6WC66A08G148431 and bearing Oklahoma license plate 180BXC;

c.    2003 Ford F550, VIN 1FDAF56P53EC75452 and bearing Oklahoma license plate 073BAZ;

d.    2007 Chevrolet box truck, VIN 1GBHG31U871160895;

e.    2007 Chevrolet box truck, VIN 1GBHG31V071181295;

f.    Six Colt, Law Enforcement Carbine 5.56mm rifles, model LE6920, serial numbers LE074662, LE073524, LE074412, LE073210, LE068877, and LE073371;

g.    One Colt, Model 02091, "El Jefe," .38 caliber, SN 38SS04015;

h.    One hundred rounds of Lake City .50 caliber ammunition; and

    i.       Eight PTR-91, Model KMF4, .308 carbines, seized from the home of Gustavo Pulido on or about July 14, 2009.

IT IS FURTHER ORDERED that, pursuant to 21 U.S.C. § 853(g) and Fed. R. Crim. P. 32.2(b)(3), the property shall be seized by the United States Marshals Service and/or the Bureau of Alcohol, Tobacco, Firearms, and Explosives (or a designee) and held in its secure custody and control pending a final order of forfeiture.

IT IS FURTHER ORDERED in accordance with 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6), the Government shall post notice on an official Government Internet site (www.forfeiture.gov) for at least 30 consecutive days, notice of this preliminary order of forfeiture; describing the property with reasonable particularity; stating the time under 21 U.S.C. § 853(n) when a petition contesting the forfeiture must be filed [no later than 60 days after the first day of publication on an official Government Internet site], and naming and giving contact information for the Government attorney to be served with the petition [Joshua T. Burgess and/or John J. de la Garza III, United States Attorney's Office, Northern District of Texas, Burnett Plaza, Suite 1700, 801 Cherry St., Unit #4, Ft. Worth, Texas 76102-6882].  This Government shall send, by means reasonably calculated to reach the person, notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture.

IT IS FURTHER ORDERED pursuant to Fed. R. Crim. P. 32.2(b) that the Government may apply to the Court to conduct any discovery that the Court considers proper to help identify, locate, or to dispose of the property, should the circumstances

present themselves, and that, upon adjudication of all third-party interests, this Court will

enter a final order of forfeiture pursuant to 21 U.S.C. § 853(n) and Fed. R. Crim. P

32.2(c) in which all interests will be addressed.


SIGNED this ___11___ day of __Feb__ 2010.


_____
JOHN McBRYDE
UNITED STATES DISTRICT JUDGE


**Preliminary Order of Forfeiture (Rosales) - Page 4**